**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-7227

———————

JIMMY DALE HUDSON,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; NORTH
CAROLINA DEPARTMENT OF CORRECTIONS,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-98-948)

———————

Submitted:  December 16, 1999        Decided:  December 29, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jimmy Dale Hudson, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Dale Hudson seeks to appeal the district court's order dismissing as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Hudson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hudson v. Attorney Gen., No. CA-98-948 (M.D.N.C. Aug. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2